# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1693
Lower Tribunal No. 2021-CP-2321-O

_____

MERCY BAUTISTA YASAY, as Natural Mother and Legal Guardian of S.J.B., a/k/a S.C., JR., a/k/a S.C., a/k/a S.C., a minor,

Appellant,

v.

ESTATE OF STEVEN JEROME DENMAN, ASHLEY ELIZABETH JOHNSON, and CHELSEA DENMAN,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Michael Murphy, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Joseph A. Frein, of Joseph A. Frein, P.A., Orlando, for Appellant.

Ernest J. Myers, of Marcus & Myers, P.A., Orlando, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED